U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 11 2006
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES EARL BREWSTER,<br>ID # 664663,<br>    Petitioner,<br>vs.<br><br>NATHANIEL QUARTERMAN,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | No. 3:04-CV-1468-K<br>ECF |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and petitioner's objections filed on August 25, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this _10_ day of September, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE